UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FIGUEROA, on behalf of herself and all others similarly situated,

        Plaintiffs,

-against-

PERRIN PARIS, LLC,

        Defendant.

Case No. 1:18-cv-10838-JMF

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
          April 1, 2019

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Yash B. Dave, Esq.
Smith Gambrell &amp; Russell LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
ydave@sgrlaw.com
*Attorney for Defendant*

SO ORDERED.

April 2, 2019